## SMITH v WILLIAMS

Ohio Appeals, 4th Dist, Scioto Co

Decided Dec 10, 1935

Emory F. Smith, Portsmouth, and Blair & Blair, Portsmouth, for plaintiff in error.

Miller, Searl & Fitch, Portsmouth, for defendant in error.

For full opinion see 5 OO 419; 51 Oh Ap 464.